Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 8309

The person charged as __Juan Carlos CERVANTES-Valencia__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __California__

with __Deported Alien found in the United States__, in violation of __Title 8, United States Code, Section(s) 1326(a)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 4/7/08

_Fernando Valenzuela_
(Name)

Reviewed and Approved:

Dated: 4/7/08

_Assistant United States Attorney_

FILED
APR 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**USA,**

v.

**WARRANT FOR ARREST**

**JUAN CARLOS CERVANTES-VALENCIA,**

Case Number: 2:07-CR-00401-MCE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Juan Carlos Cervantes-Valencia,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien found in the United States**

in violation of Title  8   United States Code, Section(s)  1326(a)

| K. Engbretson | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | 9/7/07            Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   $No Bail         by   Judge Gregory G. Hollows

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| 4-07-08 | FERNANDO VALENZUELA   IMMIGRATION ENFORCEMENT AGENT |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 4-07-2008 | [signature] |
| Date of Arrest | Signature of Arresting Officer |

1  McGregor W. Scott
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2782

**FILED**

SEP 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 0 7 - CR - 0 4 0 1 MCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | VIOLATION: 8 U.S.C. |
| ) | §§ 1326(a) and (b)(2) - |
| v. ) | Deported Alien Found in the |
| ) | United States |
| JUAN CARLOS CERVANTES-VALENCIA, ) | |
|   aka Juan Carlos Cervantes, ) | |
|   aka John Cervantes, ) | |
|   aka Juan Cervantes Valencia, ) | |
| Defendant. ) | |

I N D I C T M E N T

The Grand Jury charges: T H A T

JUAN CARLOS CERVANTES-VALENCIA,
aka Juan Carlos Cervantes,
aka John Cervantes,
aka Juan Cervantes Valencia,

defendant herein, an alien, on or about August 19, 2003, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

   Manufacture, Importation, and Sale of a Prohibited Weapon
   in violation of California Penal Code Section 12020(A), on
   or about August 19, 1998, in Riverside County, California;

1 and, thereafter, on or about March 7, 2007, the defendant was found
2 in the State and Eastern District of California, with neither the
3 Attorney General of the United States nor the Secretary of the
4 Department of Homeland Security having expressly consented to a
5 reapplication by the defendant for admission into the United States,
6 in violation of Title 8, United States Code, Sections 1326(a) and
7 (b)(2).

8
9                                    A TRUE BILL.
10                                   
11                                   FOREPERSON
12
13 _____
   McGREGOR W. SCOTT
14 United States Attorney