# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED** APR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

April 16, 2008

**RECEIVED** APR 2 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

Clerk, U.S. District Court
United States District Court
Eastern District of California-Sacramento
501 I Street, Suite 4-200
Sacramento, CA 95814

Re:    08mj8309 PCL, USA v. Juan Carlos Cervantes-Valencia

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   | Document | | | Document |
|---|---|---|---|---|
| ___ | Docket Sheet | | X | Warrant of Removal |
| X | Complaint | | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | | ___ | Detention Order |
| ___ | Corporate Surety Bond | | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | | |
| ___ | Other _____ | | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

K. HAMMERLY

By: _____
, Deputy Clerk